UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SAFRON HUOT                              CIVIL ACTION NO. 6:17-cv-00955

VERSUS                                   JUDGE FOOTE

MT STATE DEPT. OF CHILD                  MAGISTRATE JUDGE HANNA
& FAMILY SERVICES

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for

report and recommendation. After an independent review of the record, and noting

the absence of any objections, this Court concludes that the Magistrate Judge's report

and recommendation is correct and adopts the findings and conclusions therein as its

own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's

complaint be dismissed with prejudice, consistent with the report and

recommendation.

Signed Shreveport, Louisiana, this 5 day of October, 2017.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE